**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SECURITIES AND EXCHANGE COMMISSION, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:24-cv-06311 SPG (RAO) |
| v. | |
| ANDREW LEFT, et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:
presided over defendant's initial appearance in pending criminal case

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

August 5, 2024
Date

United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge     Jacqueline Chooljian     .
On all documents subsequently filed in this case, please substitute the initials     JC     after the case number in place of the initials of the prior judge, so that the case number will read     2:24-cv-06311 SPG(JCx)     . This is very important because the documents are routed to the assigned judges by means of these initials

cc:     *Previous Magistrate Judge*