STEPHEN T. KAM (Cal. Bar No. 327576)
Email:  kams@sec.gov
SARAH S. NILSON (Cal. Bar No. 254574)
Email:  nilsons@sec.gov
WENDY E. PEARSON (Cal. Bar No. 211099)
Email: pearsonw@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine Zoladz, Regional Director
Brent Wilner, Associate Regional Director
Douglas Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW LEFT, AND CITRON CAPITAL, LLC,<br><br>  Defendants. | Case No.  2:24-cv-06311-SPG(JCx)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANTS' *EX PARTE* APPLICATION TO FILE ENLARGED BRIEF** |

Plaintiff Securities and Exchange Commission ("SEC") files this Response to the Defendants' *Ex Parte* Application to File Enlarged Brief, filed on September 26, 2024.

The Defendants' application seeks leave for the parties' briefing on the motion to dismiss to "contain[] an additional 3,000 words." The SEC disagrees with a number of the characterizations in the Defendants' *ex parte* application, including that "[t]his is the SEC's first-ever enforcement action alleging fraud by omission based on the allegation that a publisher of truthful information about companies must also disclose private trading strategy with the truthful information published" and that "[t]he Complaint raises novel questions of law that require an enlarged word count to brief." The SEC also disagrees that the Complaint's allegations are "inconsistent with Federal Rule of Civil Procedure 9(b)'s requirement to plead fraud with particularity." More importantly, none of the reasons provided in the Defendants' application justify their request for *ex parte* relief.

This Court's Standing Order provides that "Memoranda of points and authorities in support of or in opposition to motions shall not exceed twenty-five (25) pages. Replies shall not exceed fifteen (15) pages." This Court's Standing Order does not impose a specific word limit, and L.R. 11-6.1 provides that "*except as otherwise provided in this rule or ordered by a judge*, no memorandum of points and authorities, pretrial brief, trial brief, or posttrial brief may exceed 7,000 words …" (emphasis added.) Defendants therefore seek an exception to a rule that does not apply in this case, as their application does not indicate whether their brief will exceed 25 pages.

In any event, the Court's Standing Order sets a very high bar for granting this request and Defendants have not shown good cause to justify either an increase to the word limit or the page limit of the memoranda of points and authorities in support of the parties' briefing on the motion to dismiss. *See* Court's Civil Standing Order at 11 ("Only *rarely* and *for good cause* shown will the Court grant an application to extend

1 | these page limitations.") (emphasis added).

2 |     Nonetheless, if the Court believes that Defendants have shown that some
3 | increase is warranted, the SEC does not oppose an increase of 1,500 words, or no
4 | more than five additional pages, for both the Defendants' motion to dismiss and the
5 | SEC's opposition (but not Defendants' reply papers), which will avoid unnecessary
6 | excess.

Dated: September 27, 2024

                                      */s/ Stephen T. Kam*
                                   STEPHEN T. KAM
                                   Attorney for Plaintiff
                                   Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 27, 2024, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANTS'** *EX PARTE* **APPLICATION TO FILE ENLARGED BRIEF** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 27, 2024          */s/ Stephen T. Kam*
                                                  STEPHEN T. KAM

*SEC v. Andrew Left, et al.*
United States District Court—Central District of California
Case No. 2:24-cv-06311-SPG(JCx)

**SERVICE LIST**

James W. Spertus
Lindsey Hay
Mario Hoang Nguyen
Spertus, Landes, & Umhofer LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
***Attorneys for Defendant Andrew Left and Citron Capital, LLC***