UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDREW LEFT and CITRON CAPITAL, LLC,<br><br>      Defendants. | No. 2:24-cv-06311-SPG-RAO<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY [ECF NO. 44] |
|---|---|

Upon consideration of the Stipulation filed jointly by the United States of America and the Defendants, seeking an order modifying the Court's July 15, 2025, order (ECF No. 43) setting a briefing schedule on the Government's Motion to Intervene and Stay Discovery (ECF No. 41), the Court hereby approves the Stipulation for an extension of time and orders that opposition briefs, if any, are due by July 24, 2025, and reply briefs, if any, are due by July 31, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE